## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Darnell Smith, et al.

                         Plaintiff,

v.                                        Case No.: 1:15−cv−03467
                                          Honorable Amy J. St. Eve

City of Chicago, The, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants in part and denies in part Defendant City of Chicago's motion to dismiss [24], and grants in part and denies in part Defendant Superintendent McCarthy's motion to dismiss [26]. Defendants shall answer by 12/1/15. Parties shall file a joint proposed discovery plan by 12/4/15. Status hearing set for 12/22/15 is stricken and reset to 12/10/15 at 8:30 a.m. [For further details, see Memorandum Opinion and Order.] Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.