IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Darnell Smith et al. , <br><br> Plaintiff(s), <br><br> v. <br><br> The City of Chicago et al., <br><br> Defendant(s). | Case No. 15 C 3467 <br> Judge Amy J. St. Eve |

**ORDER**

Motion to withdraw [110] is granted. Angela Kurtz is given leave to withdraw as counsel for plaintiffs.

Date: 8/30/2016

Amy J. St. Eve
United States District Judge