UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Darnell Smith, et al.
                              Plaintiff,

v.                                                                    Case No.: 1:15−cv−03467
                                                                     Honorable Amy J. St. Eve

City of Chicago, The, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 27, 2018:

      MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 2/27/2018. Plaintiff's unopposed motion for extension of expert discovery deadline to 3/19/18 [296] is granted. Response to plaintiffs' motion for class certification [277] shall be filed by 4/25/18. Status hearing set for 3/7/18 is stricken and reset to 3/22/18 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.