# EXHIBIT 22
**(Motion for Leave to File Under Seal Pending)**