# EXHIBIT 23

**(Motion for Leave to File Under Seal Pending)**