# EXHIBIT 24

**(Motion for Leave to File Under Seal Pending)**