# EXHIBIT 25

**(Motion for Leave to File Under Seal Pending)**