**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARNELL SMITH, DARREN NATHAN, GREGORY DAVIS, MARK NEVILLES, ARACELI FONTANEZ, as Parent and Next Friend of HECTOR FONTANEZ, a minor, MARCELL DAVIS, ANTHONY POLK, CALVIN JACKSON, CARL N. MCCORD, TIMOTHY THIGPEN, MELVIN THOMPSON, REBECCA SANDERS, as Parent and Next Friend of STEVE MCABEE, a minor, HERBERT DYER, JR., SHANTAY JOHNSON, ARTHUR MOTON, EDGAR MARSHALL, JR., MICHAEL SANDERS, RASHAWN LINDSEY, and SIDNEY BELL, individually and on behalf of a class of all others similarly situated; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:15-cv-03467<br><br>Honorable Andrea R. Wood<br>Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF CHICAGO, a municipal corporation, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

---

**DECLARATION OF KYLE POZAN IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR RULE 23(b)(2) CLASS CERTIFICATION AND**
**RENEWED MOTION FOR RULE 23(b)(3) CLASS CERTIFICATION**

---

I, Kyle Pozan, depose and state as follows:

1.      I am an attorney with the law firm of Hart McLaughlin & Eldridge, LLC, one of the attorneys for Plaintiffs.

2.      I submit this declaration in support of Plaintiffs' Motion for Rule 23(b)(2) Class Certification and Renewed Motion for Rule 23(b)(3) Class Certification.

3.      I make these statements based on personal knowledge.

4.     The City produced CPD's Contact Information Database in discovery as a text file in comma-delimited format (Comma-Separated Values, or "CSV"). The Contact Information Database is Bates numbered CPD00017823. (Ex. A, CPD00017823.) The file opens as a spreadsheet and contains 3,256,785 contacts between January 1, 2010 and December 30, 2015.

5.     The "CONTACT_DATE" column contains the date of the police-citizen encounter according to CPD's definitional spreadsheet (Ex. B, CPD00007319.) As produced, the Contact Information Database is sorted by Contact Date in ascending order.

6.     Given that the class period is from April 20, 2013 to the present, I began by deleting all contacts dated prior to April 20, 2013, leaving only those contacts from April 20, 2013 (the beginning of the class period) to December 30, 2015 (the day before CPD ceased using contact cards).

7.     The "CONTACT_TYPE_CD" column contains the Contact Type code selected by the officer who completed the contact card. (*Id.*) The Contact Type denotes the reason for the police-citizen encounter. (Ex. C, CPD00079579.) One Contact Type code is "GANGLTR," which CPD defines as "Gang and Narcotics-Related Loitering." (Ex. D, CPD00017831.) The "GANGLTR" Contact Type code was created on April 9, 2015. (*Id.*) A review of the Contact Information Database, however, shows that contact cards dated as early as May 15, 2014 bear this code. Plaintiffs believe that all contact cards dated before April 9, 2015 and bearing the "GANGLTR" code were changed after first being entered.

8.     Next, I sorted the spreadsheet by Contact Type. I then deleted all contacts with a Contact Type code other than "GANGLTR."

9.     At the end of this process, the spreadsheet contained 30,982 contacts designated by CPD for Gang and Narcotics-Related Loitering between April 20, 2013 and December 31, 2015.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 31, 2020                    By:    /s/ *Kyle Pozan*
                                                   Attorney for Plaintiffs

# EXHIBIT 26A-D

**(Motion for Leave to File Under Seal Pending)**