**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DARNELL SMITH, DARREN NATHAN, GREGORY DAVIS, MARK NEVILLES, ARACELI FONTANEZ, as Parent and Next Friend of HECTOR FONTANEZ, a minor, MARCELL DAVIS, ANTHONY POLK, CALVIN JACKSON, CARL N. MCCORD, TIMOTHY THIGPEN, MELVIN THOMPSON, REBECCA SANDERS, as Parent and Next Friend of STEVE MCABEE, a minor, HERBERT DYER, JR., SHANTAY JOHNSON, ARTHUR MOTON, EDGAR MARSHALL, JR., MICHAEL SANDERS, RASHAWN LINDSEY, and SIDNEY BELL, individually and on behalf of a class of all others similarly situated; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 1:15-cv-03467 Honorable Andrea R. Wood Magistrate Judge Sidney I. Schenkier |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF CHICAGO, a municipal corporation, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

---

**DECLARATION OF BRIAN ELDRIDGE IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR RULE 23(b)(2) CLASS CERTIFICATION AND**
**RENEWED MOTION FOR RULE 23(b)(3) CLASS CERTIFICATION**

---

I, Brian Eldridge, depose and state as follows:

1.      I am a partner in the law firm of Hart McLaughlin & Eldridge, LLC, one of the attorneys for Plaintiffs.

2.      I submit this declaration in support of Plaintiffs' Motion for Rule 23(b)(2) Class Certification and Renewed Motion for Rule 23(b)(3) Class Certification.

3.      I make these statements based on personal knowledge.

4.      On January 27, 2020, I accessed the CPD's investigatory stop data through the following website: https://home.chicagopolice.org/statistics-data/isr-data/. The website provides "a link to a file containing Chicago Police Department Investigatory Stop Report (ISR) data from 01 JAN 2016 through 16 JAN 2018." *Id.*

5.      I accessed the link and downloaded a file folder. Within the file folder there were three documents, as depicted below:



6.      The most comprehensive data compilation was located in the document: "29-FEB-2016 thru 16-JAN-2018 – ISR – JUV Redacted.csv". After opening that Excel spreadsheet, I located the "Contact Type" field in Column B, labeled "CONTACT_TYPE_CD." I then sorted the entire spreadsheet by Contact Type. Contacts for "GANGLTR" occupied Rows 2 through 12,391, meaning there are 12,390 "GANGLTR" contacts (the first row of the spreadsheet are column titles).

7. The same Excel spreadsheet also contains a column entitled "CONTACT-_TYPE_DESCR," which is Column BA. The same 12,390 contacts designated as "GANGLTR" in Column B reflect a description of "Gang and Narcotics-Related Loitering" in Column BA.

8. I also reviewed Column BV in the spreadsheet, which indicates the time of dispersal. All 12,390 contacts for Gang and Narcotics-Related Loitering reflect a dispersal.

9. Based on this data, CPD designated 12,390 contacts for Gang and Narcotics-Related Loitering between February 29, 2016 and January 18, 2018 where the CPD officer(s) completed an Investigatory Stop Report.

10. I also accessed the Excel spreadsheet titled: 01-JAN-2016 to 28-FEB-2017 – ISR – JUV Redacted.csv." I first sorted Column D by date, so I could isolate the time period of January 1, 2016 to February 28, 2016, so as to assure no overlap with the other spreadsheet. There were exactly 13,000 contacts recorded during that time period. I next copied-and-pasted those same contacts into another spreadsheet so I could then sort them by the "Contact Type" field in Column B, labeled "CONTACT_TYPE_CD." Contacts for "GANGLTR" occupied Rows 2 through 464, meaning there are 12,390 "GANGLTR" contacts (the first row of the spreadsheet are column titles).

11. The same Excel spreadsheet also contains a column entitled ""CONTACT-_TYPE_DESCR," which is Column BB. The same 463 contacts designated as "GANGLTR" in Column B reflect a description of "Gang and Narcotics-Related Loitering" in Column BB.

12. I also reviewed Column BW in the spreadsheet, which indicates the time of dispersal. All 463 contacts for Gang and Narcotics-Related Loitering reflect a dispersal.

13.     Based on this data, CPD designated 463 contacts for Gang and Narcotics-Related Loitering between January 1, 2016 to February 28, 2016 where the CPD officer(s) completed an Investigatory Stop Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 31, 2020                              By:     /s/ *Brian Eldridge*
                                                              Attorney for Plaintiffs