Case: 1:15-cv-03467 Document #: 425-29 Filed: 01/31/20 Page 1 of 7 PageID #:40747

| | Chicago Police Department | **Special Order S10-02-03** |
|---|---|---|
| | **GANG AND NARCOTICS-RELATED ENFORCEMENT** | |

| **ISSUE DATE:** | 31 December 2015 | **EFFECTIVE DATE:** | 01 January 2016 |
|---|---|---|---|
| **RESCINDS:** | 17 June 2015 Version | | |
| **INDEX CATEGORY:** | Gang and Narcotic Abatement | | |

### I. PURPOSE

This directive:

A.   identifies the prerequisites to the enforcement of the Gang and Narcotics-Related Loitering ordinances.

B.   outlines enforcement criteria and procedures.

C.   defines the roles and responsibilities of Department members.

D.   _updates certain terms relative to the Investigatory Stop System._

### II. PREREQUISITES TO ENFORCEMENT

A.   Establishing the Identity of Criminal Street Gangs

1.   Prior to enforcing the Gang Loitering ordinance, Department members will be cognizant of the pertinent ordinances outlined in the Department directive entitled "Gang and Narcotics-Related Loitering."

2.   A criminal street gang will be identified on the basis of specific, documented, and reliable information, examples of which are:

a.   analysis of crime pattern information.

b.   observations by Department members.

c.   witness interviews.

d.   interviews of admitted criminal street gang members.

e.   information received from informants who have proven themselves to be reliable in the past.

NOTE:   These are merely examples, and information for identifying a criminal street gang may be gathered from a variety of law-enforcement sources or analyses.

B.      Determining an Individuals Criminal Street Gang Membership

Probable cause to establish an individuals membership in a criminal street gang must be substantiated by the Department member's experience and knowledge of criminal street gangs and corroborated by specific, documented, and reliable information, including, but not limited to:

1.      the individual's admission of membership.

2.      the wearing of distinctive emblems, tattoos, or similar markings indicative of a specific criminal street gang.

> **NOTE:**      This criteria applies only when such emblems, tattoos, or similar markings would not reasonably be expected to be displayed by any individual except a member of that specific criminal street gang. Membership may not be established solely because an individual is wearing clothing available for sale to the general public.

3.      the use of signals or symbols distinctive of a specific criminal street gang.

4.      the identification of the individual as a member or affiliate of a specific criminal organization by an individual who has provided reliable information to the Department in the past and whose information can be independently corroborated.

5.      the identification of individuals as a member of a specific criminal organization by another Department member who has specialized knowledge and expertise concerning the subject criminal organization.

## III.      ENFORCEMENT PROCEDURES

A.      Gang Loitering

1.      Members enforcing the Gang Loitering Ordinance may familiarize themselves with, but are not limited to:

a.      the location of designated district hot-spot areas, which are published in the District Intelligence Bulletin System (DIBS).

b.      the location of designated district High Level Gang Conflict Locations, which are published in the Daily Bulletin.

c.      information from Beat Community Meeting Logs (CPD-21.220), District-Level Strategy forms (CPD-21.231), and other relative information as it applies to the designated hot-spot area.

d.      efforts at harassment and intimidation of others, efforts by the gang to maintain control over identifiable "turf," or any associated patterns of loitering which support gang-related illegal narcotics trafficking.

2. When a Department member observes two or more persons loitering in an area designated as a Hot Spot or a High Level Gang Conflict Location, the member will determine if any criminal street gang member is present and if the persons are engaged in gang loitering in accordance with the following criteria:

   a. The loitering is consistent with established patterns of gang loitering which contributed to the hot-spot areas designation.

   b. Conduct or activities associated with collective advocacy are exempted from the enforcement provisions of this ordinance.

   c. Circumstances are present which provide some innocent explanation for the individuals conduct. (If the individuals are waiting at a marked bus stop, attempting to hail a cab, engaged in a game of basketball on a basketball court, or otherwise engaged in activity that provides a reasonable basis for the conclusion that the loitering has an innocent explanation, the ordinance should not be enforced).

3. If a Department member determines that such persons are engaged in gang loitering, the member will:

   a. verbally inform all of the persons engaged in the gang loitering that they are doing so in an area where loitering by criminal street gangs is prohibited.

   b. complete *an Investigatory Stop Report (CPD-11.910)* for all persons engaged in gang loitering consistent with the procedures outlined in the Department directive entitled "Investigatory Stop System."

      **NOTE:** Members will include the dispersal time, the number of persons dispersed, and the event number on each *Investigatory Stop Report* associated with the dispersal.

   c. order all such persons to disperse and remove themselves from sight and hearing of that location.

   d. inform those persons that they will be subject to arrest if they fail to obey the order promptly or return within sight or hearing of the location where the order was issued and engage in further gang loitering within eight hours, except that if the Superintendent has designated the area as one temporarily associated with a Heightened Level of Violence, then within 12 hours for those times that have been so designated as a 12-hour dispersal area.

   e. communicate with the Office of Emergency Management Communications (OEMC) dispatcher and request an OEMC event number be assigned to the "**gang-loitering**" dispersal order, citing the exact location (valid street address) the order was issued and the number of persons the order was issued to.

      **NOTE:** The Chief, Bureau of Patrol, will ensure the records of dispersal orders issued and arrests made for each designated Hot Spot area or High Level Gang Conflict

Location are maintained, utilizing OEMC dispersal event data, if available.

4.  Department members will arrest any persons who do not remove themselves in a prompt manner from the place where the order was issued or any persons who return within sight or hearing of the location where the order was issued within an eight-hour period, except that if the Superintendent has designated the area as one temporarily associated with a Heightened Level of Violence, then within 12 hours for those times that have been so designated as a 12-hour dispersal area and engage in further gang loitering. The member will notify OEMC and request that a second event number be assigned to the arrest.

    **NOTE:**   When making an arrest for gang loitering, Department members must ensure that he or she **or another member** gave the original dispersal order to the persons arrested for engaging in continued gang loitering.

B.  Narcotics-Related Loitering

    1.  Members enforcing the Narcotics-Related Loitering Ordinance will familiarize themselves with, but are not limited to:

        a.  location of designated hot-spot areas and High Level Gang Conflict Locations with information maintained by the Department concerning illegal narcotics trafficking.

        b.  information from Beat Community Meeting Logs, District Plan forms, and other relative information as it applies to the designated hot-spot area.

        c.  efforts at harassment and intimidation of others, efforts by the gang to maintain control over identifiable "turf," or any associated patterns of loitering which support gang-related illegal narcotics trafficking.

    2.  When a Department member observes one or more persons loitering in a designated hot-spot area or High Level Gang Conflict Location, the member will determine if the persons are engaged in narcotics-related loitering in accordance with the following criteria:

        **NOTE:**   The presence of a member of a criminal street gang is **not** a required element of this offense.

        a.  The loitering is consistent with established patterns of narcotics-related loitering which contributed to the hot-spot areas designation.

        b.  Conduct or activities associated with collective advocacy are exempted from the enforcement provisions of this ordinance.

        c.  Circumstances are present which provide some innocent explanation for the individuals conduct. (If the individuals are waiting at a marked bus stop, attempting to hail a cab, engaged in a game of basketball on

a basketball court, or otherwise engaged in activity that provides a reasonable basis for the conclusion that the loitering has an innocent explanation, the ordinance should not be enforced).

3.   If a Department member determines that such persons are engaged in narcotics-related loitering, the member will:

a.   verbally inform all of the persons engaged in the narcotics-related loitering that they are doing so in an area where narcotics-related loitering is prohibited.

b.   complete an *Investigatory Stop Report* for all persons engaged in narcotics-related loitering consistent with the procedures outlined in the Department directive entitled "Investigatory Stop System."

> **NOTE:**   Members will include the dispersal time, the number of persons dispersed, and the event number on each *Investigatory Stop Report* associated with the dispersal.

c.   order all such persons to disperse and remove themselves from sight and hearing of the place where the order was issued.

d.   inform those persons that they will be subject to arrest if they fail to obey the order promptly or return within sight or hearing of the location where the order was issued and engage in further narcotics-related loitering within eight hours, except that if the Superintendent has designated the area as one temporarily associated with a Heightened Level of Violence, then within 12 hours for those times that have been so designated as a 12-hour dispersal area.

e.   communicate with the OEMC dispatcher and request an OEMC event number be assigned to the "**narcotics-related loitering**" dispersal order, citing the exact location (valid street address) the order was issued and the number of persons the order was issued to.

> **NOTE:**   The Chief, Bureau of Patrol, will ensure the records of dispersal orders issued and arrests made for each designated hot-spot area or High Level Gang Conflict Location are maintained, utilizing OEMC dispersal event data, if available.

4.   Department members will arrest any persons who do not remove themselves in a prompt manner from the place where the order was issued or any persons who return within sight or hearing of the location where the order was issued within an eight-hour period, except that if the Superintendent has designated the area as one temporarily associated with a Heightened Level of Violence, then within 12 hours for those times that have been so designated as a 12-hour dispersal area and engage in further narcotics-related loitering. The member will notify OEMC and request that a second event number be assigned to the arrest.

> **NOTE:**   When making an arrest for narcotics-related loitering, Department members must ensure that he or she or another

member gave the original dispersal order to the persons arrested for engaging in continued narcotics-related loitering.

## IV.      ROLES AND RESPONSIBILITIES

A.      Arresting officers will:

1.      complete an Arrest Report (CPD-11.420) for each person arrested for violating these ordinances. The narrative section must support the totality of circumstances which lead to the arrest, including the type (i.e., district or DOC) and exact location (valid street address) of the designated hot-spot area or the High Level Gang Conflict Location, and the OEMC event numbers assigned to both:

a.      the original dispersal order, and

b.      the subsequent arrest.

2.      if the arrestee is charged with Gang Loitering, reflect in the narrative section of the arrest report the probable cause for the determination of the arrestee being identified as a member of a criminal street gang.

B.      District station supervisor will:

1.      ensure Arrest Reports contain clearly articulated probable cause for the individual's arrest.

NOTE:      When an arrestee is identified as a member of a criminal street gang, the district station supervisor will ensure that an automated Gang Arrest Card is completed and submitted by the arresting member in accordance with the procedures outlined in the Department directive entitled "Criminal Street Gang Arrest Information."

2.      ensure **adults** charged with either Gang Loitering or Narcotics-Related Loitering ordinance offenses are **fingerprinted**, **photographed**, and processed in accordance with the Department directive entitled "Processing Persons Under Department Control."

3.      ensure **juveniles** charged with either Gang Loitering or Narcotics-Related Loitering ordinance offenses are **fingerprinted, photographed,** and processed in accordance with the Department directive entitled "Processing of Juveniles and Minors Under Department Control."

NOTE:      District station supervisors will ensure lockup keepers/detention aides fingerprint all arrestees charged with Gang Loitering or Narcotics-Related Loitering.

C.      District commanders will:

Case: 1:15-cv-03467 Document #: 425-29 Filed: 01/31/20 Page 7 of 7 PageID #:40753

1.      monitor the enforcement of the ordinances in designated areas within their districts.

2.      coordinate enforcement efforts when designated areas border or overlap district boundaries.

D.      The Deputy Chief, Education and Training Division, will ensure training is provided to support the appropriate enforcement of these ordinances.

(Items indicated by *italics/double underline* were added or revised)

Authenticated by: KC

John J. Escalante
Interim Superintendent of Police

15-185 CAW