# EXHIBIT 33

**(Motion for Leave to File Under Seal Pending)**