# EXHIBIT 34

**(Motion for Leave to File Under Seal Pending)**