# EXHIBIT 35

**(Motion for Leave to File Under Seal Pending)**