# EXHIBIT 36

**(Motion for Leave to File Under Seal Pending)**