# EXHIBIT 37

**(Motion for Leave to File Under Seal Pending)**