# EXHIBIT 38

**(Motion for Leave to File Under Seal Pending)**