UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Darnell Smith, et al.
                                  Plaintiff,

v.                                                          Case No.: 1:15−cv−03467
                                                              Honorable Andrea R. Wood

City of Chicago, The, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 2, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 12/2/2020. For the reasons stated on the record, Plaintiffs' Rule 72(a) objection to the order requiring them to provide non−economic damages figure no or risk preclusion at trial [504] is sustained to the extent the objection seeks a ruling that Plaintiffs have not waived their ability to seek a specific damages number at trial by not producing the number within the seven−day period stated for compliance with the magistrate judge's order. The Court finds that resolution of this issue is premature in light of the anticipated relevant expert discovery and how far the case is from being trial ready. Plaintiffs informed the Court that their damages computations will likely rely upon expert testimony. The Court considers it reasonable for Plaintiffs to supplement their damages disclosures at the conclusion of expert discovery. Plaintiff are further advised that the Court will likely require disclosure of their non−economic damages computations prior to trial at a date to be determined. Plaintiff should ensure that the support for any such damages calculations has been fully disclosed through fact and/or expert discovery. Defendants will be able to file a motion to preclude Plaintiffs from mentioning specific damages amounts to the jury at a later date, as appropriate. For the reasons stated on the record, Plaintiffs Mark Nevilles, Shantay Johnson, Calvin Jackson, Michael Sanders, and Melvin Thompson's motions to voluntarily dismiss claims [462],[463],[464],[465] and [466] are granted. Plaintiffs Nevilles, Johnson, Jackson, Sanders and Thompson are dismissed as named plaintiffs in this case. Their claims are dismissed with prejudice; however, nothing in this order precludes those Plaintiffs from participating as absent class members in any relief that may be subsequently ordered. A further status date will be set after ruling on Plaintiffs' motion for class certification. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.